## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA
## SOUTHWESTERN DIVISION

| | | |
|---|---|---|
| Arjuna M. Zerr, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER FOR STATUS CONFERENCE** |
| | ) | |
| vs. | ) | |
| | ) | |
| WPX Energy Williston, LLC, a | ) | |
| Delaware Limited Liability Company, | ) | |
| et. al., | ) | Case No. 1:15-cv-033 |
| | ) | |
| Defendants. | ) | |

The court shall conduct a status conference by telephone on November 19, 2015, at 11:00 a.m. to address a discovery dispute between Plaintiff and Defendant WPX Energy Williston, LLC. Participants in the status conference should call the following numberZ and enter the access code:

Tel. No.: (877) 848-7030

Access Code: 9768929

**IT IS SO ORDERED.**

Dated this 3rd day of November, 2015.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court