# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Arjuna M. Zerr, ) | |
| ) | |
| Plaintiff, ) | **ORDER** |
| ) | |
| vs. ) | |
| ) | |
| WPX Energy Williston, LLC. et. al., ) | Case No. 1:15-cv-033 |
| ) | |
| Defendants. ) | |

The court shall conduct a status conference in the above-entitled action by telephone on July 25, 2016, at 11:00 AM CDT. Participants to the status conference should call the following number and enter the access code:

Telephone No.: (877) 848-7030
Access Code: 9768929

**IT IS SO ORDERED.**

Dated this 14th day of July, 2016.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court