**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA**

| | |
|---|---|
| Arjuna M. Zerr, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>WPX Energy Williston, LLC, a Delaware Limited )<br>Liability Company; Hurricane Air & Swabbing )<br>Services, LLC, a New Mexico Limited Liability )<br>Company, Wellsite Solutions, Inc., a New Mexico )<br>Corporation, Ivan W. Webster, an Individual, )<br>and Ivan A. Webster, LLC, a Colorado Limited )<br>Liability Company, )<br>)<br>Defendants. ) | **ORDER**<br><br><br><br><br><br><br><br><br>Case No. 1:15-cv-033 |

On February 21, 2017, the parties filed a "Sixth Stipulation to Amend Scheduling/Discovery Plan." The court **ADOPTS** the stipulation (Docket No. 170) and **AMENDS** the pretrial deadlines as follows:

1. The parties shall provide the names of expert witnesses and complete reports under Rule 26(a)(2) as follows:

   a. Plaintiff shall serve disclosures by December 28, 2016.

   b. Defendants shall serve their expert disclosures as follows:

      i. Defendants shall identify all of their experts no later than February 24, 2017 and will, at that time, produce their experts' current CV's, publication lists, and list of cases as required by Fed. R. Civ. P. Rule 26(a)(2)(B)(iv) and (vi);

      ii. Defendants shall serve all expert reports, except for those experts

        involved in the defense medical examination or Defendants' economist(s), no later than March 13, 2017.

   iii.    Defendants shall serve the expert reports for those experts involved in the defense medical examination no later than March 20, 2017; and

   iv.    Defendants shall serve the expert reports for their economist expert(s) no later than March 30, 2017.

(Treating physicians need not prepare reports, only qualifications, unless they will express opinions no reflected in the medical records.)  (Reports to be served on other parties, but not filed with the court.)

2. The parties shall have until April 21, 2017, to complete discovery depositions.

**IT IS SO ORDERED.**

Dated this 23rd day of February, 2017.

                                             */s/ Charles S. Miller, Jr.*
                                             Charles S. Miller, Jr., Magistrate Judge
                                             United States District Court