## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Arijuna M. Zerr, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | Case No. 1-15-cv-33 |
| WPX Energy Williston, LLC, et. al, | ) | |
| | ) | |
| Defendants. | ) | |

Before the court is the parties' Stipulation for Responses to Motions for Summary Judgment, (Docket No. 182), wherein the parties seek the court's leave to amend the briefing schedules for the various motions for summary judgment currently before the court. After consideration, the court **ADOPTS** the parties' stipulation without addition or modification. The response briefing for the currently pending motions for summary judgment shall be as follows:

1. Responses to Hurricane Air & Swabbing Services, LLC's motion for summary judgment, (Docket No. 162), due by March 14, 2017;

2. Responses to Ivan A. Webster and Ivan A. Webster LLC's motions for summary judgment, (Docket Nos. 150, 154), due by March 15, 2017;

3. Responses to Wellsite Solutions Inc.'s motion for summary judgment, (Docket No. 157), due by March 16, 2017; and

4. Responses to WPX Energy Williston, LLC's motion for summary judgment, (Docket No. 145), due by March 24, 2017. This includes Ivan A. Webster and Ivan A. Webster LLC's response, which the court previously amended to be due by March 22, 2017. (Docket No. 178).

Following the above-amended deadlines, reply briefing shall be due by the date otherwise required under the local rules.

**IT IS SO ORDERED.**

Dated this 14th day of March, 2017.

/s/  Charles S. Miller, Jr.
Charles S. Miller, Jr., Magistrate Judge
United States District Court